JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GASTELUM, Plaintiff, v. DYNAMIC HOSPITALITY CORPORATION, Defendant. | Case No. EDCV 26-02574-KK-ACCVx<br><br>JUDGMENT |

Pursuant to the Order granting plaintiff Fernando Gastelum's ("Plaintiff's") Motion for Default Judgment, IT IS HEREBY ADJUDGED that Judgment is entered in favor of Plaintiff against defendant Dynamic Hospitality Corporation ("Defendant").

Pursuant to this judgment, Defendant is HEREBY ORDERED to convert the accessible parking space at the business located at 10545 Magnolia Avenue, Riverside,

///

///

California 92505 (“Hotel”), such that it is at the shortest accessible route to the Hotel’s entrance. Further, Plaintiff shall have JUDGMENT against Defendant in the amount of $1,425.00 in attorneys’ fees and $405.00 in costs.

Dated: August 6, 2026

HONORABLE KENLY KIYA KATO
United States District Judge